**Jytte D. HAMMOND, Claimant–
Appellee,**

v.

**Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellant.**

No. 05–7034.

United States Court of Appeals,
Federal Circuit.

Nov. 19, 2004.

ON MOTION

*ORDER*

Upon consideration of the Secretary of Veterans Affairs' unopposed motion to dismiss its notice of appeal with prejudice pursuant to Fed. R.App. P. 42(b),

IT IS ORDERED THAT:

---

(1) The motion is granted.*

(2) Each party shall bear its own costs.

* We note that the Secretary of Veterans Affairs requests that this dismissal be with prejudice, however, it is not the practice of this court to dismiss with or without prejudice.